**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 15-cv-04693 |
|---|---|

Randall S. Goulding,
 Plaintiff,
v.
Leslie J. Weiss, Barnes & Thornburg, LLP, et al.,
 Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LESLIE J. WEISS and BARNES & THORNBURG, LLP

| |
|---|
| NAME (Type or print)<br>Rebekah H. Parker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Rebekah H. Parker |
| FIRM<br>Novack and Macey LLP |
| STREET ADDRESS<br>100 North Riverside Plaza |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6301907 | TELEPHONE NUMBER<br>(312) 419-6900 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐