**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                        Case Number: 15-cv-04693

Randall S. Goulding,

                                                      Plaintiff,

v.

Leslie J. Weiss, Barnes & Thornburg, LLP, et al.,

                                                      Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

                LESLIE J. WEISS and BARNES & THORNBURG, LLP

| | |
|---|---|
| **NAME (Type or print)**<br>Timothy J. Miller | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy J. Miller | |
| **FIRM**<br>Novack and Macey LLP | |
| **STREET ADDRESS**<br>100 North Riverside Plaza | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6191007 | **TELEPHONE NUMBER**<br>(312) 419-6900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |